UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-148-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER TO UNSEAL CASE** |
| v. | ) | **IN ITS ENTIRETY** |
| | ) | |
| MELVIN EARL BATTLE, a/k/a "Mello" | ) | |

Upon Motion of the United States, it is hereby ORDERED that the above-captioned case be unsealed in its entirety.

This the 26th day of May, 2020.

_____
MALCOLM J. HOWARD
United States District Judge